UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                )
                                      )
TIMOTHY M MORGAN                      )    CASE NO.  12-08882-RLM-13
SHANNON J MORGAN                      )
                                      )
DEBTOR(S)                             )

### TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS

Pursuant to Fed.R.Bankr.P. 3011, John M. Hauber, trustee herein, submits the following notice of unclaimed dividends to the Court.

| **Payee(s)** | **Last Known Address** | **Amount** |
|---|---|---|
| TIMOTHY M MORGAN | 8630 LIBERTY MILLS DR CAMBY IN  46113 | $2,875.37 |
| SHANNON J MORGAN | | |
| | **TOTAL AMOUNT** | **$2,875.37** |

_____/s/ John M. Hauber_____

John M. Hauber, Trustee

**(NOTE:  All checks should be mailed to the Indianapolis Clerk's Office, P.O. Box 44978, Indianapolis. IN  46244, not to the divisional offices.  Attach a copy of this notice to the check.  Only remit one check per notice regardless of whether 1 or 250 Claimants are listed on this notice.)**